JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMAR LAVELL MANARD,

     Plaintiff,

v.

CSP LAC, et al.,

     Defendants.

Case No. 2:22-cv-04646-FMO-KES

**JUDGMENT**

    IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed without prejudice.

DATED:  May 30, 2023

/s/

_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE