1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMAR LAVELL MANARD, | Case No. 2:22-cv-04646-FMO-KES |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| CSP LAC, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 23). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that all claims against Defendant Reed are dismissed without prejudice but without leave to amend in this action. If Plaintiff wishes to amend the Third Amended Complaint later to try to state a claim against Defendant Reed, Plaintiff will need to move for leave to amend and satisfy the

requirements of Federal Rule of Civil Procedure 15 and Local Rule 15.  The Magistrate Judge shall order service of the Third Amended Complaint on the remaining three Defendants.

DATED:  October 26, 2023           _____/s/_____
                                          FERNANDO M. OLGUIN
                                          UNITED STATES DISTRICT JUDGE