IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMAR LAVELL MANARD,** | Case No. 2:22-cv-04646-FMO-KES |
| Plaintiff, | **[~~PROPOSED~~] ORDER** |
| **v.** | |
| **CSP LAC, et al.,** | |
| Defendants. | |

For the reasons stated in Defendant Hwang's Motion to Stay Responsive Pleading Deadline Pending Court's Ruling on Defendant California State Prison, Los Angeles County's Motion to Dismiss, Defendant Hwang's Motion is GRANTED.  The responsive pleading deadline in this case is stayed and will be reset as necessary.

Dated:  January 22, 2024

_____
The Honorable Karen E. Scott

LA2023306333
66473225.docx