FILED
CLERK, U.S. DISTRICT COURT

February 23, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Creation of the Calendar | ) ) ) | ORDER OF THE CHIEF JUDGE |
|---|---|---|
| of | ) ) ) | **24-033** |
| Judge MÓNICA RAMÍREZ ALMADANI | ) ) ) | |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mónica Ramírez Almadani,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Fernando M. Olguin to the calendar of Judge Mónica Ramírez Almadani:

| | |
|---|---|
| 2:22-cv-04646-FMO-KES | Jamar Lavell Manard v. CSP LAC et al. |
| 2:23-cv-03447-FMO-MARx | Thomas Saylor v. Guice Offshore, LLC et al. |
| 2:23-cv-05428-FMO-AGRx | Grower Direct Supply, Inc. v. Seville Farms, Inc. et al. |
| 2:23-cv-06125-FMO-MRWx | Hannah Bui v. Zuru, LLC |
| 2:23-cv-07863-FMO-MAAx | Los Angeles Waterkeeper v. Bodycote Thermal Processing, Inc. |
| 2:23-cv-09277-FMO-MARx | Earn Guild PTE LTD v. Crowdcreate LLC |
| 2:23-cv-10709-FMO-SKx | Yan Manko et al. v. County of Los Angeles et al. |
| 2:24-cv-00397-FMO-ASx | Jardine Gougis v. Owainat Properties LLC et al. |
| 2:24-cv-00441-FMO-AGRx | Ruth Conley et al. v. State Farm General Insurance Company |
| 2:24-cv-00761-FMO-JCx | Theresa Brooke v. Pacifica Hotel Company |
| 2:24-cv-00775-FMO-JCx | Incremento Inc. v. ENK Apparel Inc. et al. |
| 2:24-cv-00901-FMO-ASx | Shonna Counter v. AirGararge, Inc. et al. |
| 5:23-cv-02182-FMO-DTB | Gleiston Porcinode Andrade v. Jeffrey |

In the Matter of the
Creation of Calendar for
District Judge Mónica Ramírez Almadani                                                                 2

_____

|                       | Macomber et al.                                    |
|-----------------------|----------------------------------------------------|
| 5:24-cv-00151-FMO-SPx | George Franco et al. v. Safety-Kleen Inc. et al.   |

     On all documents subsequently filed in the case, please substitute the Judge initials MRA after the case number in place of the initials of the prior Judge.

DATED: February 23, 2024            _____
                                                          Chief Judge Philip S. Gutierrez