JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR LAVELL MANARD, | Case No. 2:22-cv-04646-MRA-KES |
| Plaintiff, | |
| v. | JUDGMENT |
| CSP LAC, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action with Prejudice for Lack of Prosecution,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.


DATED:  May 31, 2024

_____
MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

1